UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff

                                                                  Case No.  1:18-cr-01966-JCH

-vs-

NICK L. MEDEIROS and
BOBBY GREAVES,

        Defendants.

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER is before the Court on defendants Nick L Medeiros and Bobby Greaves' Opposed Motion to Modify Conditions of Release, filed on April 8, 2024.  Doc. 243.  The United States did not oppose the motion with respect to Mr. Greaves, and the Court granted the motion with respect to him.  *See* Docs. 244, 245.  The United States opposes the motion with respect to Mr. Medeiros.  *See*  Doc. 244.  For the following reasons, the Court will deny the motion with respect to Mr. Medeiros.

Mr. Medeiros and his co-defendant Mr. Greaves are accused of conspiring to defraud the United States in relation to contracts valued at over $1,000,000.  Defendants originally were convicted at trial, but the convictions were overturned, and Mr. Medeiros and Mr. Greaves now face a second trial on one count.  Mr. Medeiros is asking the Court to remove the condition that subjects him to credit monitoring and prohibits him from opening new lines of credit without prior authorization from U.S. Pretrial/Probation Services.  *See* Doc. 243.  Unlike his co-defendant, Mr. Medeiros has not complied with this condition during the course of this litigation.

*See* Docs. 244, 247.  He argues that "it is difficult to overstate the burdens placed on the financial life of an individual who cannot open lines of credit."  Doc.243 at 4.  The condition, however, does not prohibit Mr. Medeiros from opening new lines of credit.  It simply prohibits him from doing so without prior authorization from Pretrial Services.  The fact that Mr. Medeiros repeatedly has violated this condition does not persuade the Court that the condition should be removed, particularly given the nature of his alleged offense.

    **IT IS THEREFORE ORDERED** that defendants' Opposed Motion to Modify Conditions of Release (Doc. 243) is denied as to Mr. Medeiros.

    DATED this 22nd day of May, 2024.

_____
Laura Fashing
United States Magistrate Judge